**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEAH LORENE CLINTON,<br><br>　　Plaintiff<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security Administration,<br><br>　　Defendants | Case No.: 3:25-cv-00136-CSD<br><br>**Order**<br><br>Re: ECF No. 12 |

　　Plaintiff's unopposed motion for an extension of time until **August 21, 2025**, to file her opening brief (ECF No. 12) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: July 1, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge